**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 7 CASE |
| **VELLEUX, DAVID L** | ) | |
| | ) | CASE NO. 06 B 07300 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON |
| **Debtor(s)** | ) | SONDERBY |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 642
   Chicago, Illinois 60604

   on: **October 8, 2008**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $     6,719.91

   b. Disbursements                               $     1,354.21

   c. Net Cash Available for Distribution         $     5,365.70

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,421.99 | $ |
| Trustee | $ 0.00 | $ | $ 90.49 |
| Trustee's Firm Legal | $ 0.00 | $ 1,500.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 471.58 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $12,922.59, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $14.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 1,136.62 | $ 165.50 |
| 2 | Discover Bank/Discover Financial Services | $ 2,339.88 | $ 340.71 |
| 3 | Citibank USA NA | $ 6,331.21 | $ 921.88 |
| 4 | Citibank (USA). N.A. | $ 1,464.57 | $ 213.25 |
| 6 | MBNA America Bank NA | $ 1,650.31 | $ 240.30 |

7.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **August 27, 2008**          For the Court,

                              By: **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  Clerk of the United States Bankruptcy Court
                                  219 S. Dearborn Street, 7th Floor
                                  Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7300   Doc 46   Filed 08/27/08   Entered 08/30/08 00:27:01   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Aug 27, 2008
Case: 06-07300                Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Aug 29, 2008.
db           +David L Velleux,    9345 D Hamilton Ct,    Des Plains, IL 60016-1643
aty          +Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,    Ste 1004,    Chicago, IL 60603-2721
aty          +Laura Barrientos Duvall,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10804382     +ATlas Refiishing Service Co.,    4945 W. Belmont Ave,    Chicago, IL 60641-4332
10804381     +Arthur J. Rodgers,    3170 Des Plaines,    Des Plaines, IL 60018-4242
10804383     +Charter One Bank,    Acct#: 9309,    PO Box 789,    Providence, RI 02901-0789
10920792     +Citibank (USA). N.A.,    DBA: THE HOME DEPOT,    PO Box 9025,    Des Moines, IA 50368-9025
10804384     +Citibank USA NA,    dba: The Home Depot,    PO Box 9025,    Des Moines, IA 50368-9025
10804386     +Florida Commerce Credit Union,    PO Box 6416,    Tallahassee, FL 32314-6416
10804388     +HSBC Menards,    Acct#: 4556,    PO Box 703,    Wood Dale, IL 60191-0703
10804387     +Household Bank SB NA Best Buy Co Inc,    c/o Bass & Associates PC,
               3936 E Ft Lowell Road Suite #200,    Tucson, AZ 85712-1083
10804390     +MBNA America,    Acct#: 0813,    PO Box 17054,    Wilmington, DE 19884-0001
10957792     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10804391     +Romus Construction,    3260 W. Irving Park,    Chgo, IL 60712
10804392      The Home Depot,    Acct#: 1935,    PO BOx 30348,    Irving , TX  75083
10804395     +Washington Mutual,    Acct#: 0117,    POB 9001879,    Louisville, KY 40290-1879
10804396     +Wells Fargo,    Acct#: 6712,    POB 94498,    Las Vegas 89193-4498

The following entities were served by electronic transmission on Aug 28, 2008.
12407640     +E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2008 05:20:56      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10804385      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2008 07:30:50      Discover,   Acct#: 9523,
               PO Box 15316,    Wilmington , DE  19850
10831584     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2008 07:30:50
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10804389      E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2008 05:19:09     Lowe's,    Acct#: 7129,
               PO Box 981084,    El Paso , TX  79998-1084
12390209      E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2008 05:22:06
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10827855     +E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2008 05:21:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10804393     +Fax: 866-419-3894 Aug 28 2008 05:40:21     U.S Cellular,    Acct#: 7603,    PO Box 7835,
               Madison, WI 53707-7835
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Wilfred H Chan
10804394      Washington Mutual Bank,    7255 Baymeadows Way
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2008**          **Signature:** _Joseph Speetjens_