# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-07300 SPS  
**Case Name:** VELLEUX, DAVID L  

**Taxpayer ID #:** 13-7569711  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*42-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/07 | | Kull & Supica Firearms Auction | proceeds from auction of antique guns | | 4,842.00 | | 4,842.00 |
| | {7} | Kull Auction | 6,190.00 | 1129-000 | | | 4,842.00 |
| | | Kull Auction Services | 20% commission per court order -1,238.00 | 3610-000 | | | 4,842.00 |
| | | Kull Auction Services | 2% credit card fees -110.00 | 3620-000 | | | 4,842.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.37 | | 4,843.37 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.75 | | 4,846.12 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.67 | | 4,848.79 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.41 | | 4,851.20 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.84 | | 4,854.04 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.52 | | 4,856.56 |
| 12/19/07 | {22} | Kull & Supica Firearms Auction | Proceeds from sell of gun | 1149-000 | 506.15 | | 5,362.71 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.57 | | 5,365.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.45 | | 5,367.73 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.10 | | 5,368.83 |
| 03/24/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #06-07300 | 2300-000 | | 6.21 | 5,362.62 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.99 | | 5,363.61 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.74 | | 5,364.35 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,365.02 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 5,365.70 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 5,366.38 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.63 | | 5,367.01 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.70 | | 5,367.71 |
| 10/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.15 | | 5,367.86 |
| 10/08/08 | | To Account #\*\*\*\*\*\*\*\*4266 | In Preparation of Distribution Report | 9999-000 | | 5,367.86 | 0.00 |
| | | | EXHIBIT B | **Subtotals :** | **$5,374.07** | **$5,374.07** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 06-07300 SPS | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | VELLEUX, DAVID L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****42-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7569711 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/19/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,374.07 | 5,374.07 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,367.86 | |
| | | | **Subtotal** | | 5,374.07 | 6.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,374.07** | **$6.21** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-07300 SPS  
**Case Name:** VELLEUX, DAVID L  

**Taxpayer ID #:** 13-7569711  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/08 |  | From Account #********4265 | In Preparation of Distribution Report | 9999-000 | 5,367.86 |  | 5,367.86 |
| 10/09/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,421.99, Trustee Compensation; Reference: | 2100-000 |  | 1,421.99 | 3,945.87 |
| 10/09/08 | 102 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 1,500.00 | 2,445.87 |
| 10/09/08 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $471.58, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 471.58 | 1,974.29 |
| 10/09/08 | 104 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $90.49, Trustee Expenses; Reference: | 2200-000 |  | 90.49 | 1,883.80 |
| 10/09/08 | 105 | Capital Recovery One | Dividend paid 14.57% on $1,136.62; Claim# 1; Filed: $1,136.62; Reference: | 7100-000 |  | 165.70 | 1,718.10 |
| 10/09/08 | 106 | Discover Bank/Discover Financial Services | Dividend paid 14.57% on $2,339.88; Claim# 2; Filed: $2,339.88; Reference: | 7100-000 |  | 341.10 | 1,377.00 |
| 10/09/08 | 107 | Citibank USA NA | Dividend paid 14.57% on $6,331.21; Claim# 3; Filed: $6,331.21; Reference: | 7100-000 |  | 922.93 | 454.07 |
| 10/09/08 | 108 | Citibank (USA). N.A. | Dividend paid 14.57% on $1,464.57; Claim# 4; Filed: $1,464.57; Reference: | 7100-000 |  | 213.50 | 240.57 |
| 10/09/08 | 109 | MBNA America Bank NA | Dividend paid 14.57% on $1,650.31; Claim# 6; Filed: $1,650.31; Reference: | 7100-000 |  | 240.57 | 0.00 |

Subtotals : **$5,367.86** **$5,367.86**

{} Asset reference(s)

Printed: 12/19/2008 03:39 PM   V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 06-07300 SPS  
**Case Name:** VELLEUX, DAVID L  

**Taxpayer ID #:** 13-7569711  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,367.86 | 5,367.86 | $0.00 |
| | | | Less: Bank Transfers | | 5,367.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,367.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,367.86** | |

```
            Net Receipts :      5,374.07
     Plus Gross Adjustments :   1,348.00
                               _____
              Net Estate :      $6,722.07
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # \*\*\*-\*\*\*\*\*42-65** | 5,374.07 | 6.21 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*42-66** | 0.00 | 5,367.86 | 0.00 |
| | **$5,374.07** | **$5,374.07** | **$0.00** |

{} Asset reference(s)